## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

GURAL FOSTER                                                                                           PLAINTIFF

v.                              Case No. 4:10CV00551 JLH

SOCIAL SECURITY ADMINISTRATION                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 14th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE